# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2006

130681

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WYATT SHAWN ELLIOTT,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130681
COA: 266816
Washtenaw CC: 03-001388-FC

_____/

On order of the Court, the application for leave to appeal the February 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

l0619